UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYRONE C. JONES,

                    Plaintiff,

         -against-                          23-CV-2104 (LTS)

BANK OF NEW YORK MELLON TRUST          ORDER
COMPANY, ET AL.,

                    Defendants.

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff, who is incarcerated in Florida, brings this action *pro se*. By order dated November 27, 2023, the Court directed Plaintiff to file an amended complaint within 60 days. (ECF 17.) On January 2, 2023, Plaintiff filed a letter requesting an extension of time of 120 days to file an amended complaint. The Court grants Plaintiff an extension of time of 60 days. Plaintiff must file an amended complaint within 60 days of the date of this order.

    If Plaintiff fails to file an amended complaint within the prescribed time, and he cannot show good cause to excuse such failure, the Court will dismiss the complaint for the reasons stated in its November 27, 2023 order.

    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal.

*Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   January 5, 2024
         New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                    Chief United States District Judge